JS-6

Kandace Bradbury v. State Farm Mutual Automobile Insurance Company
2:25-cv-05308-MEMF-BFM

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS

ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims,

causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is

directed to close the file.

Dated: November 4, 2025

_____

Hon. Brianna Fuller Mircheff
Hon. Maame Ewusi-Mensah Frimpong

3

STIPULATION OF DISMISSAL [[FRCP 41(A)] AND ORDER OF DISMISSAL